# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2020

Bridget M. McCormack,
Chief Justice

159342

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JILL CREECH BAUER, JILL CREECH BAUER
LEGAL SERVICES, PLLC, and ATTORNEYS
FOR INDIGENT MOTHERS, PLLC,
        Plaintiffs-Appellants,

v

SC: 159342
COA: 339703
Genesee CC: 15-105396-CZ

JESSICA HAMMON, ERICA EDGINGTON,
NICHOLAS D'AIGLE, LAW OFFICES OF
JESSICA J. HAMMON, PLLC, ATTORNEYS
FOR INDIGENT DEFENSE, PLLC, MARCIA
L. STIPES, LAW OFFICES OF J.J. EDWARDS,
PLLC, and JADE EDWARDS,
        Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the February 12, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2020



t0318

Clerk